UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                         CASE NO.: 2:19-cr-149-FtM-38NPM

IAN DOUGLAS MCGUIRE

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

The Defendant, by consent (Doc. 100), appeared before me pursuant to Rule 11 of the Federal Rules of Criminal Procedure and Local Rule 6.01(c)(12) and entered a plea of guilty to Counts One & Two of the Indictment (Doc. 1).

**A.     Conducting the Plea Hearing by Video Conference**

Pursuant to the Court's March 29, 2020 and June 29, 2020 Administrative Orders,[1] Case No. 8:20-mc-25, the Defendant, after consultation with counsel, consented on the record to the plea hearing being conducted by video conference. Moreover, the Undersigned finds and recommends the plea in this case could not be further delayed without serious harm to the interests of justice given the parties' interests in the prompt adjudication of this matter.

For the proceeding, I was in the courtroom and the defendant, defense counsel, the prosecutor and the courtroom deputy appeared by video. Throughout the proceeding, the Defendant appeared to see and hear everything clearly. Accordingly, I **RECOMMEND** the District Court **APPROVE** the use of video conferencing for the plea hearing.

---

[1] The Administrative Orders implement the Coronavirus Aid, Relief, and Economic Security Act, H.R. 748 (the CARES Act).

**B.     Acceptance of the Plea**

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was made knowingly, intelligently and voluntarily, and that the plea is supported by an independent basis in fact containing each of the essential elements of the offense. I therefore **RECOMMEND** the plea of guilty be accepted, the Defendant be adjudged guilty, and sentence be imposed.

**C.     Sentencing by Video Conference**

At this time, the parties are not prepared to consent or otherwise confirm the absence of any objection to conduct the sentencing by video, or by telephone if video is not reasonably feasible. The parties were instructed to appropriately inform the district judge whether the sentencing should be conducted remotely to avoid any delay that may be occasioned by the national emergency concerning the COVID-19 pandemic.

**D.     Waiver of Objection Period**

The parties waived the fourteen-day objection period to this Report and Recommendation. (Doc. 100, 101).

Respectfully **RECOMMENDED** in Fort Myers, Florida on August 25, 2020.

*/s/ Nicholas P. Mizell*
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record