UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

v.  Case No.: 2:19-cr-149-SPC-NPM

IAN DOUGLAS MCGUIRE

### **ORDER**

Before the Court are Defendant Ian Douglas McGuire's Motion for Early Termination of Supervised Release (Doc. 181), and the Government's opposition (Doc. 182). This is Defendant's second motion for early termination of supervised release. The Court denied his first motion eleven months ago. (Doc. 175).

Now, Defendant explains his scheduled termination date is March 26, 2026. (Doc. 181 at 1). With only two months left, he again seeks early termination of that supervision. Defendant's United States Probation Officer and the Government oppose early termination.

After considering the factors in 18 U.S.C. § 3553(a), a court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and in the interest of justice[.]" 18 U.S.C. § 3583(e)(1). The relevant § 3553(a)

factors are (1) the nature and circumstances of the offense; (2) the defendant's history and characteristics; (3) the need for deterrence; (4) the need to protect the public; (5) the need to provide the defendant with educational and vocational training, medical care, or correctional treatment; (6) the applicable guideline range; (7) any policy statements set forth by the Sentencing Commission; (8) the need to avoid unwarranted sentencing disparities; and (9) the need to provide restitution.

The Court has considered the motion and response. Defendant has presented no new information that persuades the Court it should end his term of supervised release early. The Court thoroughly explained why it would not end Defendant's supervised release early in its previous order, and that reasoning still stands and is incorporated herein. (Doc. 175). Accordingly, the Court thus finds that keeping Defendant on supervised release is in the best interests of justice, Defendant, and the public.

Accordingly, it is **ORDERED**:

Defendant Ian Douglas McGuire's Motion for Early Termination of Supervised Release (Doc. 181) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on January 15, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record